## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

and Richard Rascher,

        Plaintiff-Intervenor,

   v.

S & C ELETRIC CO.,

        Defendant.

Case No. 1:17-cv-06753

Judge Gettleman
Magistrate Judge Valdez

## JOINT STATUS REPORT

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or "EEOC"), Plaintiff-Intervenor Richard Rascher, and Defendant S & C Electric Co. ("S&C") (collectively, the "Parties"), submit this Joint Status Report.

    **A.**    **Progress of Discovery.**

All discovery is completed and closed.

    **B.**    **The status of briefing on any unresolved motions.**

There are no unresolved motions.

    **C.**    **Settlement Efforts.**

Pursuant to the Court's March 5, 2020 order, the parties are currently discussing settlement.

    **D.**    **Agreed proposed schedule (or alternative proposals) for the next 45 days.**

If this matter cannot be resolved within 45 days, the parties request that the ADA claim be set for jury trial as soon as practicable in consideration of Mr. Rascher's age (78 years) and underlying health conditions. The trial is expected to last 3-4 days.

Dated: June 18, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Ethan Cohen | /s/ Steven Brenneman |
| Ethan Cohen | Steven L. Brenneman |
| Attorney for Plaintiff | Attorney for Defendant |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | FOX SWIBEL LEVIN & CARROLL LLP |
| JCK Federal Building | 200 W. Madison Street, Suite 3000 |
| 230 S Dearborn Street | (312) 224-1206 |
| Chicago, IL 60604 | SBrenneman@foxswibel.com |
| (312) 869-8104 | |
| Ethan.Cohen@EEOC.Gov | |

/s/ Joette Doran
Joette S. Doran
Attorney for Plaintiff Intervenor
Richard Rascher
Joette S. Doran & Associates, P.C.
2300 N. Barrington Rd., Suite 400
Hoffman Estates, IL 60169
(847) 756-0940
joette@joettedoran.com