IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, Plaintiff, and RICHARD
RASCHER, Plaintiff-Intervenor,

              v.

S&C ELECTRIC CO.,

       Defendant.

Case No. 1:17-cv-06753

Judge Valderrama
Magistrate Judge Valdez

## NOTICE

## DEATH OF PLAINTIFF-INTERVENOR RICHARD RASCHER

Stephanie S. Rascher, Executor and personal representative of the Estate of Richard Lee Rascher, by and through Plaintiff-Intervenor's attorney, Joette S. Doran, of Joette S. Doran & Associates, P.C., hereby notifies this Court and Plaintiff U.S. Equal Employment Opportunity Commission and Defendant S&C Electric Co., that Plaintiff-Intervenor Richard Rascher died on May 5, 2021.

Respectfully submitted,

By: /s/ Joette S. Doran

Joette S. Doran (ARDC #6195929)
Joette S. Doran & Associates, P.C.
2300 N. Barrington Rd., Suite 400
Hoffman Estates, IL 60169
(847) 756-0940
joette@joettedoran.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 28, 2021, she caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ Joette S. Doran

Joette S. Doran (ARDC #6195929)
Joette S. Doran & Associates, P.C.
2300 N. Barrington Rd., Suite 400
Hoffman Estates, IL 60169
(847) 756-0940
joette@joettedoran.com