IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
      Plaintiff, and

ESTATE OF RICHARD RASCHER,
      Plaintiff-Intervenor,

   v.

S&C ELECTRIC CO.,
      Defendant.

Case No. 1:17-cv-06753

Judge Valderrama

---

**Plaintiff EEOC and Plaintiff-Intervenor Estate of Richard Rascher's Deposition Designations**

Pursuant to the Court's June 15, 2021, *Order* Plaintiff EEOC and Plaintiff-Intervenor Estate of Richard Rascher submit their joint deposition designations. Plaintiffs' second motion in limine seeks to either exclude all testimony by any medical provider or, in the alternative, to limit the testimony to the scope of care they provided to Rascher. *See* ECF No. 144. The Court's ruling regarding this motion in limine will impact the designations submitted below for Drs. Park, Clay, Higgins, Bitran, and Jimenez. Further, while Plaintiffs are in the process of serving subpoenas to these providers for trial, to the extent they cannot appear, and to allow Defendant S&C Electric Co. time to respond to these designations prior to trial, the Plaintiffs submit them now.

3. Deposition Designation Chart

| Witness | Line and Page Designation | Description | Relevance | Objection |
|---|---|---|---|---|
| Rascher | 6:7-11 | Name | General background | |
| Rascher | 15:18-16:16 | Education History | General background | |
| Rascher | 17:19-49:6 | Work History, Termination, Attempts to Return to Work | General background, qualifications, attempts to return to work | |
| Rascher | 64:8-74:10 | medical history | Context for leave. | |
| Rascher | 74:20-77:15 | medical history | Context for leave. | |
| Rascher | 98:20-100:18 | events leading to termination | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 104:12-106:5 | events leading to termination | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 109:24-140:24 | events leading to termination | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 151:7-152:2 | medical history | Context and evidence of ability to return to work. | |
| Rascher | 157:15-173:9 | events leading to termination | Evidence of Rascher's attempt and ability to return to work. | |

| | | | | |
|---|---|---|---|---|
| Rascher | 176:1-182:23 | events leading to termination | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 188:14-203:23 | events leading to termination, attempts to return to work | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 205:19-206:13 | events leading to termination, attempts to return to work | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 208:15-209:24 | events leading to termination, attempts to return to work | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 214:13-219:12 | events leading to termination, attempts to return to work | Evidence of Rascher's attempt and ability to return to work. | |
| Rascher | 220:2-225:17 | events leading to termination, attempts to return to work | Evidence of Rascher's attempt and ability to return to work. | |
| Park | 5:9-15 | name | General background | |
| Park | 7:9-8:11 | work history and Rascher introduction | General background and context | |
| Park | 10:10-13 | cancer diagnosis | Context for Rascher's initial leave | |
| Park | 23:9-24:6 | STD Request for first cancer surgery | Context for Rascher's initial leave | |
| Park | 24:21-25:15 | course of treatment | Context for Rascher's initial leave | |
| Park | 26:21-28:15 | progress from first cancer surgery | Context for Rascher's initial leave | |

| | | | | |
|---|---|---|---|---|
| Park | 34:14-35:7 | STD Form and leave extension until 3/2015 | Context for Rascher's initial leave | |
| Park | 38:12-40:6 | Rascher Physical Condition as of 1/2015 | Context for Rascher's initial leave | |
| Park | 43:10-18 | course of treatment | Context for Rascher's initial leave | |
| Park | 45:14-19 | course of treatment | Context for Rascher's initial leave | |
| Park | 54:11-56:3 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Park | 57:2-17 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Clay | 4:10-13 | name | General Background | |
| Clay | 5:23-6:18 | work history | General Background | |
| Clay | 18:20-24:15 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |

4

| | | | | |
|---|---|---|---|---|
| Clay | 26:11-29:1 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Clay | 42:2-22 | ability to work in Nov. 2015 | Evidence of Rascher's ability to return to work. | |
| Higgins | 4:12-14 | Name | General background | |
| Higgins | 7:9-16 | cv | General background | |
| Higgins | 7:19-8:7 | Rascher introduction | Context | |
| Higgins | 9:9-13 | primary care doctor | Context | |
| Higgins | 31:2-33:11 | no cognitive issues; return to work note | Evidence of Rascher's ability to return to work. | |
| Higgins | 35:20-24 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Higgins | 48:9-24 | no recollection of mobility issues in April 2016 | Evidence of Rascher's ability to return to work. | |
| Bitran | 5:11-14 | Name | General background | |
| Bitran | 8:1-14 | Rascher introduction | Context | |
| Bitran | 86:22-88:3 | return to work authorization | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Bitran | 90:7-19 | could return to sedentary work | Evidence of Rascher's ability to return to work. | |

| Bitran | 94:12-23 | 1/2016 Rascher doing his own housework | Evidence of Rascher's ability to return to work. | |
|---|---|---|---|---|
| Bitran | 137:18-139:1 | return to work authorization | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Jimenez (part1) | 4:5 | name | General background | |
| Jimenez (part1) | 5:6-20 | CV | General background | |
| Jimenez (part1) | 6:22-7:3 | fracture | Context for Rascher's leave. | |
| Jimenez (part1) | 9:18-10:2 | fracture | Context for Rascher's leave. | |
| Jimenez (part1) | 16:23-17:17 | hip had healed | Evidence of Rascher's ability to return to work. | |
| Jimenez (part1) | 45:24-46:5 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Jimenez (part1) | 47:6-48:19 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |
| Jimenez (part 2) | 8:13-9:23 | Sept. 2015 physical condition | Evidence of Rascher's ability to return to work. | |

6

| | | | | |
|---|---|---|---|---|
| Jimenez (part 2) | 44:5-56:8 | return to work note | Evidence of Rascher's ability to return to work, and Defendant's notice that Rascher was able to return to work. | |

Dated: July 6, 2021	Respectfully submitted,

s/ Miles Shultz
Miles Shultz
Trial Attorney
U.S. Equal Employment
Opportunity Commission
230 S. Dearborn St., Suite 2920
Chicago, Illinois 60604
Miles.Shultz@EEOC.Gov

s/ Joette S. Doran

Attorney for Plaintiff-Intervenor,
Estate of Richard Rascher
Joette S. Doran & Associates, P.C.
2300 N. Barrington Rd., Suite 400
Hoffman Estates, IL 60169
joette@joettedoran.com