IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, and ESTATE OF RICHARD RASCHER, Plaintiff-Intervenor, <br><br> v. <br><br> S&C ELECTRIC COMPANY, <br><br> Defendant. | Case No. 1:17-cv-6753 <br><br> Judge Franklin U. Valderrama |

## DEFENDANT'S AMENDED SUPPLEMENTAL EXHIBIT CHART

In light of Plaintiff EEOC and Plaintiff-Intervenor Estate of Richard Rascher's objections to Defendant S&C Electric Company's supplemental exhibit chart (Dkt. 177), Defendant hereby submits the following Amended Supplemental Exhibit Chart[1]:

**2. Supplemental Exhibit Chart**

| Def. Ex. # | Date | Description | Relevance |
|---|---|---|---|
| D-122 | 9/24/2015 | September 24, 2015 Progress Note (Dr. John Park) | Proves Rascher's use of narcotic painkillers. Proves Rascher's inability to perform essential job functions and inability to return to work in compliance with company policies. |
| D-123 | 12/5/2017 | EEOC's Amended Complaint (ADEA allegations redacted) (Dkt. 26) | Proves EEOC's admission that at all times relevant Rascher had impairments of, at least, melanoma, rectal cancer, and fractured hip which substantially limited Rascher's normal cell growth, ability to walk, and ability to care for himself. |
| D-124 | 12/5/2017 | Richard Rascher's Amended Complaint (ADEA allegations redacted) (Dkt. 27) | Proves Rascher's admission that Rascher at all times relevant had impairments of, at least, melanoma, rectal cancer, and fractured hip which substantially limited Rascher's normal cell growth, ability to walk, and ability to care for himself. |

---

[1] The exhibits contained herein supplement those set forth in Defendant's Pre-Trial Statement (Dkt. 149 at 4-12).

Dated: August 8, 2021	Respectfully submitted,

	S&C Electric Company

	By: /s/ *Steven L. Brenneman*
	 One of its attorneys

Steven L. Brenneman (IL ARDC #6190736)
L. Brandon Liss (IL ARDC #6321013)
Fox Swibel Levin & Carroll LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
sbrenneman@foxswibel.com
bliss@foxswibel.com

2

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on August 8, 2021 he caused the foregoing **Defendant's Supplement to Pre-Trial Statement** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

             */s/ Steven L. Brenneman*
             Steven L. Brenneman