**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, and <br><br> ESTATE OF RICHARD RASCHER, <br><br> Plaintiff-Intervenor <br><br> v. <br><br> S&C ELECTRIC CO., <br><br> Defendant. | No. 17-cv-06753 <br> Judge Franklin U. Valderrama |

## ORDER

Telephonic status hearing held on 08/10/2021. During the 08/09/2021 settlement conference, the Court repeatedly informed the parties that if they reached settlement after 4:45 p.m. on 08/09/2021, it would be too late to notify the venire that was set to report on the morning of 08/10/2021. At 8:14 p.m. on 08/09/2021, the Court received a joint email from the parties informing the Court that the parties had settled this case in principle. The Court immediately notified the jury department that the case had settled. At that point, as the Court had advised, it was too late to notify the venire that was set to report on the morning of 08/10/2021, but the venire that reported to the courthouse was released soon after arrival. During the 08/10/2021 status hearing, the parties reported that there were still unresolved issues, and the case was in fact not settled. Because the Court had relied on the parties' joint representation of settlement and released the venire, the 08/12/2021 trial date is hereby stricken. Telephonic status hearing set for 09/16/2021 at 9:30 a.m. The call-in number is (888) 808-6929 and the access code is 5348076. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Should a stipulation to dismiss the case be filed prior to this status hearing, the Court will strike the hearing.

Additionally, during the 08/09/2021 settlement conference, the Court repeatedly notified parties that if they reached settlement after 4:45 p.m. on 08/09/2021, the Court had the discretion under Local Rule 54.2 to assess the costs of unnecessarily calling prospective jurors to the courthouse against the parties responsible. As the parties reported that they had reached settlement after 4:45 p.m., the Court was unable to avoid the cost of prospective jurors reporting to the courthouse on the morning of 08/10/2021. Under Local Rule 54.2, the Court accordingly assesses the 08/10/2021 venire costs against Plaintiff EEOC and Defendant S&C evenly in the amount of $1,465.00 each. Plaintiff EEOC and Defendant S&C are instructed to write checks payable to "Clerk, US District Court." The check should reference the case number, P10003464 (the order number for reimbursement in this case), and the words, "court cost fund."

Dated: August 10, 2021

United States District Judge
Franklin U. Valderrama