IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>        Plaintiff,<br>and<br><br>ESTATE OF RICHARD RASCHER,<br>        Plaintiff-Intervenor,<br><br>v.<br><br>S&C ELECTRIC COMPANY,<br>        Defendant. | Civil Action No. 1:17-cv-06753<br><br>Judge Franklin U. Valderrama |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff U.S. Equal Employment Opportunity Commission, Plaintiff-Intervenor Estate of Richard Rascher, and Defendant S&C Electric Company ("The parties") have agreed to the terms of a proposed Consent Decree as final resolution of the litigation among them. The proposed Consent Decree has been provided to the Court through its Proposed Order email box in accordance with the Court's case procedures regarding proposed orders.

The parties jointly request that this Court enter the Consent Decree and sign the notice attached in Exhibit A to the Decree.

April 18, 2022

Respectfully submitted,

s/ Jonathan Delozano
Jonathan Delozano
Equal Employment Opportunity Commission
230 S. Dearborn St. Ste. 2920
Chicago IL 60604
312-872-9695
jonathan.delozano@eeoc.gov

1

s/ Joette S. Doran
Joette S. Doran
Joette S. Doran & Associates, P.C.
2300 N. Barrington Rd., Ste. 400
Hoffman Estates, IL 60169
847-490-5309
joette@joettedoran.com

s/ Steven L. Brenneman
Steven L. Brenneman
Fox Swibel Levin & Carroll, LLP
200 W. Madison St., Ste. 3000
Chicago, IL 60606
312-224-1206
sbrenneman@foxswibel.com

4362111 v1 - 05620 / 009