# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

U.S. Equal Employment Opportunity Commission

                              Plaintiff,

v.                                                    Case No.: 1:17−cv−06753

                                                             Honorable Franklin U. Valderrama

SC Electric Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 21, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: The parties' joint motion for entry of consent decree [201] is granted. Having reviewed the terms of the parties' agreement, the Court deems it appropriate to enter the parties' proposed consent decree, which it finds to be a fair, reasonable, and adequate resolution of the present dispute. Enter Consent Decree. The Court retains jurisdiction to enforce the terms of the consent decree as set forth in the consent decree. This action is dismissed pursuant to the terms of the consent decree. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.